MARCH 21, 1994

No. 93–6741. REED *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief for the United States filed January 14, 1994.

No. — – —. SAM *v.* PENNSYLVANIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. D–711. IN RE DISBARMENT OF HARPER. Disbarment entered. [For earlier order herein, see 486 U. S. 1030.]

No. D–1372. IN RE DISBARMENT OF SMITH. It is ordered that Michael I. Smith, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.